OPINION — AG — A MUNICIPALITY IS PERMITTED TO REGULATE CONTROL AND MAKE IMPROVEMENTS UPON STREETS, ROADS AND OTHER PUBLIC WAYS WITHIN ITS CORPORATE LIMITS; BUT A STREET WHICH IS A CONTINUATION OF THE STATE HIGHWAY SYSTEM WHICH IS INCLUDED IN A PROJECT PROPOSED FOR AN IMPROVEMENT BY A CITY WOULD BE SUBJECT TO THE FINAL DISCRETION OF THE OKLAHOMA DEPARTMENT OF TRANSPORTATION. (HIGHWAY) CITE: 11 O.S. 1971, 36-101 [11-36-101]/ 11 O.S. 1971, 36-112 [11-36-112]/ 69 O.S. 1971 901 [69-901], 69 O.S. 1971 101 [69-101](E), 69 O.S. 1971 304 [69-304](A), 69 O.S. 1971 304 [69-304] [69-304](B), 69 O.S. 1971 501 [69-501](B) , 47 O.S. 1971, 15-102(B) [47-15-102], 47 O.S. 1971, 15-105(A) [47-15-105], 47 O.S. 1971, 15-105(B) [47-15-105], 47 O.S. 1971, 15-106(A) [47-15-106], 47 O.S. 1971, 15-106(B) [47-15-106], 47 O.S. 1971, 15-108 [47-15-108], OPINION NO. 79-058 WITHDRAWN (VICTOR HILL JR.)